1278

No. 10–8812. CANNION *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–8814. PERRY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 10–8815. JACKSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–8818. ELLIS *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 10–8823. HERNANDEZ *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 10–8824. FINLEY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–8827. FLAKES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–8828. HOWARD *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 10–8830. GLASPY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–8831. HARRIS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–8839. TORRES-ROSARIO *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 10–8842. ABUHOURAN *v.* GRONDOLSKY, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 10–8847. JONES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–8849. JOHNSON *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 10–8850. JACKSON *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 10–8851. JAIMES *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.